**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FUND FOR SOUTHERN NEVADA, et al,<br><br>      Plaintiffs,<br><br> vs.<br><br>ESTRADA FLOORING, INC., a Nevada corporation; JOSE L. ESTRADA, individually; and MARIA ESTRADA, individually,<br><br>      Defendants. | CASE NO.:   2:10-cv-0214-RLH-RJJ<br><br>**JUDGMENT** |

  Upon application by Plaintiffs herein for a default judgment pursuant to Fed. R. Civ. P. 55(b)(2) and it appearing to the Court that the default of Defendants Estrada Flooring, Inc. and Jose L. Estrada and Maria Estrada, individually, was entered on August 26, 2010 in the office of the Clerk of this Court; and no proceedings have been taken by such Defendants since default was entered,

  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment be entered in favor of Plaintiffs TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH

BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE, and against Defendants ESTRADA FLOORING, INC., JOSE L. ESTRADA and MARIA ESTRADA, jointly and severally, as follows:

1. Plaintiffs have been unable to conduct an audit of Defendants' records in order to determine the exact amounts of unpaid fringe benefit contributions due. Accordingly, Defendants shall immediately submit to an audit to be conducted by an independent third party of Plaintiffs' choosing.

2. Pending the audit of Defendants' records, the Court shall retain jurisdiction over this matter in order to amend this Judgment upon the determination of the total amounts owed by Defendants. Such amended judgment shall include all additional interest, liquidated damages and attorneys' fees and costs as outlined by the parties' collective bargaining agreement and 29 U.S.C. § 1132(g)(2).

3. Presently, judgment shall be entered against Defendants and in favor of Plaintiffs in the following known amount:

Attorneys fees and costs............................................................................ **$ 9,230.25**

4. Post-judgment interest shall accrue at the contracted interest rate of 14% on the amount of attorneys' fees and cost awarded at this time and shall also continue to accrue on all unpaid (but presently unknown) amounts of fringe benefit contributions, liquidated damages and pre-judgment interest.

Dated: December 16, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE