**THE URBAN LAW FIRM**
Michael A. Urban, Nevada State Bar No. 3875
Nathan R. Ring, Nevada State Bar No. 12078
4270 S. Decatur Boulevard, Suite A-9
Las Vegas, Nevada 89103
Phone: (702) 968-8087
Fax:    (702) 968-8088
E-mail: murban@theurbanlawfirm.com
        nring@theurbanlawfirm.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FUND FOR SOUTHERN NEVADA, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> ESTRADA FLOORING, INC., a Nevada corporation; JOSE L. ESTRADA, individually; and MARIA ESTRADA, individually, <br><br> Defendants. | CASE NO.:   2:10-cv-0214-RLH-RJJ <br><br> **AMENDED JUDGMENT** |

Upon request from the Plaintiffs herein and pursuant to this Court's Judgment in this Action on December 16, 2010, this Court hereby amends the judgment in this action to include awards based on the Plaintiffs' audit of the Estrada Flooring, Inc.'s records.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment be entered in favor of Plaintiffs TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND;

BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE, and against Defendant ESTRADA FLOORING, INC. as follows:

| | |
|---|---|
| **Contributions** | $44,986.27 |
| **Liquidated Damages** | $ 8,035.43 |
| **Interest** | $21,632.93 |
| **Audit Costs** | $ 2,596.00 |
| **Attorney's Fees and Costs** | $21,912.44 |
| **TOTAL** | **$99,163.07** |

Post-judgment interest shall continue to accrue at the contracted interest rate of 14% that was awarded in this Court's judgment on December 16, 2010. Interest shall accrue until the entire judgment is satisfied in full by the Defendants.

Dated: July 11, 2013

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

**THE URBAN LAW FIRM**
Michael A. Urban, Nevada State Bar No. 3875
Nathan R. Ring, Nevada State Bar No. 12078
4270 S. Decatur Boulevard, Suite A-9
Las Vegas, Nevada 89103
Phone: (702) 968-8087
Fax:    (702) 968-8088
E-mail: murban@theurbanlawfirm.com
         nring@theurbanlawfirm.com